ACCEPTED
12-14-00236-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/17/2015 2:27:36 PM
CATHY LUSK
CLERK

Steven Greene
Attorney at Law
P.O. Box 232
Anahuac, Texas 77514
409-267-6290

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/17/2015 2:27:36 PM

CATHY S. LUSK
Clerk

June 17, 2015

Cathy Lusk, Clerk of the Court
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE:     Cause Number 12-14-00234-CR; James Christopher Fetzer v. The State of
Texas
Cause Number 12-14-00235-CR; James Christopher Fetzer v. The State of
Texas
Cause Number 12-14-00236-CR; James Christopher Fetzer v. The State of
Texas

Enclosed please find a copy of the letter that I sent to Appellant in compliance with **Rule 48.4, Texas Rules of Appellate Procedure**, together with a copy of the certified mail return receipt and other documentation showing that said letter was sent to Appellant.
Please file this letter and documentation among the other papers that are already on file in these cases.

Sincerely,

Steven Greene

Steven Greene
Attorney at Law
P.O. Box 232
Anahuac, Texas 77514
(409) 267-6290

June 11, 2015

James Christopher Fetzer # 01943210
Luther Unit – TDCJ
1800 Luther Drive
Navasota, Texas 77868

RE:    Cause Nos. 12-14-00234-CR; James Christopher Fetzer v. The State of Texas
               12-14-00235-CR; James Christopher Fetzer v. The State of Texas
               12-14-00236-CR; James Christopher Fetzer v. The State of Texas

Mr. Fetzer:

Enclosed you will find a copy of the opinion and judgment issued by the Twelfth
Court of Appeals in your cases, together with a copy of Rule 68 of the Texas Rules
of Appellate Procedure.

On June 10, 2015, the Twelfth Court of Appeals AFFIRMED the judgment and
conviction in your cases. You have the right to file a pro se Petition for
Discretionary Review (PDR) under Rule 68 of the Texas Rules of Appellate
Procedure; however, your Petition for Discretionary Review (PDR) must be filed
with the Texas Court of Criminal Appeals by July 10, 2015, which is 30 days after
the Twelfth Court of Appeals handed down its opinion. The mailing address for
the Court of Criminal Appeals is:

Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

In addition, if you file a PDR, when you file the PDR you must also send copies of
your PDR to the following:

Mr. Art Bauereiss
District Attorney
Angelina County District Attorney's Office

P.O. Box 908
Lufkin, Texas 75902-0908

State Prosecuting Attorney
P.O. Box 13046
Austin, Texas 78711-3046

If you have any questions, you can contact me at the above address.

Sincerely,

Steven Greene
CM # 7013 2250 0002 1105 1600

Rule 68. Discretionary Review With Petition

68.1. Generally

On petition by any party, the Court of Criminal Appeals may review a court of appeals' decision in a criminal case.

68.2. Time to File Petition

(a) *First Petition.* The petition must be filed within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing or timely motion for en banc reconsideration was overruled by the court of appeals.

(b) *Subsequent Petition.* Even if the time specified in (a) has expired, a party who otherwise may file a petition may do so within 10 days after the timely filing of another party's petition.

(c) *Extension of Time.* The Court of Criminal Appeals may extend the time to file a petition for discretionary review if a party files a motion complying with Rule 10.5(b) no later than 15 days after the last day for filing the petition. The Court of Criminal Appeals may extend the time to file a response or reply if a party files a motion complying with Rule 10.5(b) either before or after the response or reply is due.

68.3. Where to File Petition

(a) The petition and all copies of the petition must be filed with the clerk of the Court of Criminal Appeals.

(b) Petition Filed in Court of Appeals. If a petition is mistakenly filed in the court of appeals, the petition is deemed to have been filed the same day with the clerk of

the Court of Criminal Appeals, and the court of appeals clerk must immediately send the petition to the clerk of the Court of Criminal Appeals.

68.4. Contents of Petition

A petition for discretionary review must be as brief as possible. It must be addressed to the "Court of Criminal Appeals of Texas" and must state the name of the party or parties applying for review. The petition must contain the following items:

(a) *Table of Contents*. The petition must include a table of contents with references to the pages of the petition. The table of contents must indicate the subject matter of each ground or question presented for review.

(b) *Index of Authorities*. The petition must include an index of authorities arranged alphabetically and indicating the pages of the petition where the authorities are cited.

(c) *Statement Regarding Oral Argument*. The petition must include a short statement of why oral argument would be helpful, or a statement that oral argument is waived. If a reply or cross-petition is filed, it likewise must include a statement of why oral argument should or should not be heard.

(d) *Statement of the Case*. The petition must state briefly the nature of the case. This statement should seldom exceed half a page. The details of the case should be reserved and stated with the pertinent grounds or questions.

(e) *Statement of Procedural History*. The petition must state:

(1) the date any opinion of the court of appeals was handed down, or the date of any order of the court of appeals disposing of the case without an opinion;

(2) the date any motion for rehearing was filed (or a statement that none was filed); and

(3) the date the motion for rehearing was overruled or otherwise disposed of.

(f) *Grounds for Review*. The petition must state briefly, without argument, the grounds on which the petition is based. The grounds must be separately numbered. If the petitioner has access to the record, the petitioner must (after each ground) refer to the page of the record where the matter complained of is found. Instead of listing grounds for review, the petition may contain the questions presented for review, expressed in the terms and circumstances of the case but without unnecessary detail. The statement of questions should be short and concise, not argumentative or repetitious.

(g) *Argument*. The petition must contain a direct and concise argument, with supporting authorities, amplifying the reasons for granting review. *See* Rule 66.3. The court of appeals' opinions will be considered with the petition, and

statements in those opinions need not be repeated if counsel accepts them as correct.

(h) *Prayer for Relief*. The petition must state clearly the nature of the relief sought.

(i) *Appendix*. The petition must contain acopy of any opinion of the court of appeals.

## 68.6. Nonconforming Petition

The Court may strike, order redrawn, or summarily refuse a petition for discretionary review that is unnecessarily lengthy or that does not conform to these rules.

## 68.7. Court of Appeals Clerk's Duties

Within 15 days of receiving notice of the filing of a petition for discretionary review from the clerk of the Court of Criminal Appeals, the clerk of the court of appeals must send to the clerk of the Court of Criminal Appeals the record, any motions filed in the case, and copies of any judgments, opinions, and orders of the court of appeals. The clerk need not forward any nondocumentary exhibits unless ordered to do so by the Court of Criminal Appeals.

## 68.8. Court of Criminal Appeals Clerk's Duties

Upon receipt of the record from the court of appeals, the clerk of the Court of Criminal Appeals will file the record and enter the filing on the docket.

## 68.9 Reply.

The opposing party has 15 days after the timely filing of the petition in the Court of Criminal Appeals to file a reply to the petition with the clerk of the Court of Criminal Appeals.

## 68.10. Amendment

Upon motion the petition or a reply may be amended or supplemented at any time justice requires.

## 68.11. Service on State Prosecuting Attorney

In addition to the service required by Rule 9.5, service of the petition, the reply, and any amendment or supplementation of a petition or reply must be made on the State Prosecuting Attorney

```
==================================
              ANAHUAC
            411 S MAIN ST
              ANAHUAC
                 TX
              775149800
06/11/2015     (800)275-8777    3:43 PM
==================================
```

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Letter | 1 | $0.71 |

   (Domestic)
   (NAVASOTA, TX  77868)
   (Weight:0 Lb 1.90 Oz)
   (Expected Delivery Day)
   (Saturday 06/13/2015)

| Certified | 1 | $3.45 |
|---|---|---|

   (@@USPS Certified Mail #)
   (70132250000211051600)

| Return Receipt | 1 | $2.80 |
|---|---|---|

   (@@USPS Return Receipt #)
   (95909403301345077204149)

| Total | | $6.96 |
|---|---|---|
| Cash | | $10.01 |
| Change | | ($3.05) |

For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

```
**********************************
```
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
```
**********************************
```

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

---

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NAVASOTA, TX 77868

| | | |
|---|---|---|
| Postage | $ | $3.45 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| | | $0.00 |
| Total Postage & Fees | $ | $0.71 |

$6.96          06/11/2015

Sent To: JAMES CHRISTOPHER FETZER #01943210
Street, Apt. No.; or PO Box No.: LUTHER UNIT-TDCJ 1800 LUTHER DRIVE
City, State, ZIP+4: NAVASOTA, TEXAS 77868

PS Form 3800, August 2006          See Reverse for Instructions

UNITED STATES POSTAL SERVICE

TX 773

15 JUN '15

PM 7 L



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

STEVEN GREENE
ATTORNEY AT LAW
P.O. BOX 232
ANAHUAC, TEXAS 77514

USPS TRACKING#



06/15

95

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Vicki Marshall_  ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Vicki Marshall   6/15 |
| 1. Article Addressed to:<br>JAMES CHRISTOPHER FETZER<br>#01943210<br>LUTHER UNIT-TDCJ<br>1800 LUTHER DRIVE<br>NAVASOTA, TEXAS 77868 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9403 0134 5077 2041 49

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☐ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation™ |
| ed Mail | ☐ Signature Confirmation Restricted Delivery |
| ed Mail Restricted Delivery | |
| (over $500) | |

2. Article Number (Transfer from service label)
7013 2250 0002 1105 1600

PS Form 3811, April 2015 PSN 7530-02-000-9053　　　　Domestic Return Receipt